# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALBERT RIDGELL                                              PLAINTIFF

v.                       No. 5:16-cv-73-DPM

CITY OF PINE BLUFF, A Public Body
Corporate and Politic                                       DEFENDANT

## ORDER

The parties have informally advised the Court that the motion, № 90, is unopposed. It's granted. Judgment, № 73, and the fee Order, № 87, are stayed pending the Court of Appeals' mandate.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2018