Plaintiff;
Dahndray Bonds
VS.

Defendant;
Officer T. Martin
CReighead Co. Detention Ctr
Jonesboro, AR 72401

Federal Division Court (Eastern)
Jonesboro, AR 72401

CASE #318CV125BSMBD (ED)
Bonds vs. Martin

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RE: Motion to add

Greetings your Honorable Judge Miller;

Here comes now said Plaintiff; Dahndray Bonds

Plaintiff filed said Complaint against Officer T. Martin & Crieghead County Detention facility in Aug 2018 In the Federal Division Court (Eastern) in Jonesboro, AR Case # 318CV125BSMBD (ED) Bonds vs. Martin. Plaintiff is requesting from Courts that said matter be re-opened and or granted futher review, due to the fact that said Plaintiff is incarcerated and has been transferred to several different facilities since said date of Aug 2018. Plaintiff is currently serving a (2) year sentence @ Trinidad Correctional Facility Located in Model, Co. Plaintiff is asking the courts to grant this motion, based on the fact that the previous facilities the plaintiff was housed at failed to inform plaintiff that he would be transferred, nor did they attempt to foward any said mail, whether it was legal or Personal. This case was dismissed without prejudice @ discretion of the courts. Said Plaintiff is within the courts timeframe to request an appeal or Review, based solely on the circumstances in above said motion.

The Plaintiff would like to thank the courts in advance for any Consideration in said matter.

Submitted with Graditude;

*Dahndray Bonds*
Plaintiff (PRO·SÉ)

Submitted this 9th day October 2019

Dahndray T. Bonds #185714
Trinidad Correctional Facility
LU5 5E1
Model, Co 81059